Steven J. Parsons
Nevada Bar No. 363
Joseph N. Mott
Nevada Bar No. 12455
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas, NV 89128-8354
(702)384-9900
(702)384-5900 (fax)
Steve@SJPlawyer.com
Joey@SJPlawyer.com

Attorneys for Plaintiff
L.A. PACIFIC CENTER, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| L.A. PACIFIC CENTER, INC., | Case No. 2:14-cv-01977-GMN-(VCF) |
|---|---|
| Plaintiff, | THE PARTIES' STIPULATION AND PROPOSED ORDER EXTENDING THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| THE CHARTER OAK FIRE INSURANCE COMPANY, | (Docket No. 22) |
| Defendant. | |

The parties, by the undersigned counsel, hereby stipulate and agree to extend the briefing schedule on Defendant's Motion for Summary Judgment (Docket No. 22) as follows:

Plaintiff's Opposition to Defendant's Motion shall now be due on or before **Monday, September 28, 2015**;

Defendant's Reply in support of its Motion shall be due twenty-eight (28) days after the service of Plaintiff's filed Opposition.

This stipulation is made in good faith to allow the parties to fully complete due diligence, brief the matter, and prepare for the hearing, and is not merely for delay.

Dated: Monday, August 31, 2015.

. . .

. . .

. . .

Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128-8354
(702)384-9900; fax (702)384-5900
Joey@SJPlawyer.com

Page 1 of 2

| | |
|---|---|
| 1  LAW OFFICES OF STEVEN J. PARSONS | SNELL & WILMER, L.L.P. |
| 2  /s/ Joseph N. Mott | /s/ Justin S. Hepworth |
|    STEVEN J. PARSONS | AMY M. SAMBERG |
| 3  Nevada Bar No. 363 | Nevada Bar No. 10212 |
|    JOSEPH N. MOTT | JUSTIN S. HEPWORTH |
| 4  Nevada Bar No. 12455 | Nevada Bar No. 10080 |
| 5  Attorneys for Plaintiff | Attorneys for Defendant |
|    L.A. PACIFIC CENTER, INC. | THE CHARTER OAK FIRE INSURANCE COMPANY |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall now be due on or before **Monday, September 28, 2015.**

**IT IS FURTHER ORDERED** that Defendant's Reply in support of its Motion shall be due twenty-eight (28) days after the service of Plaintiff's filed Opposition.

DATED this 31st day of August, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court