1  Amy M. Samberg, Nevada Bar No. 10212
   Justin S. Hepworth, Nevada Bar No. 10080
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV 89169
   Telephone: (702) 784-5200
4  Facsimile: (702) 784-5252
   Email: asamberg@swlaw.com
5  Email: jhepworth@swlaw.com

6  Attorneys for Defendant
   THE CHARTER OAK FIRE
7  INSURANCE COMPANY

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10 L.A. PACIFIC CENTER, INC., a Nevada       CASE NO.: 2:14-cv-01977-GMN-VCF
   corporation,
11
                      Plaintiffs,
12
            vs.
13                                            **STIPULATION AND ORDER TO**
   THE CHARTER OAK FIRE INSURANCE             **EXTEND CERTAIN DISCOVERY**
14 COMPANY, a Connecticut corporation,        **DEADLINES**

15                    Defendant.              ** First Request **

16

17

18         Pursuant to Local Rule 26-4, Plaintiff L.A. Pacific Center, Inc. ("Plaintiff") and Defendant

19 The Charter Oak Fire Insurance Company ("Charter Oak") hereby submit the following

20 Stipulation and Order to Extend Time to Complete Discovery. While Plaintiff reserves the right

21 to file a motion to extend all remaining discovery deadlines, the purpose of this request is to

22 extend the current discovery deadline by 30 days solely to facilitate the deposition of Plaintiff's

23 person most knowledgeable which was properly noticed for August 31, 2015, but needs to be

24 rescheduled to accommodate scheduling issues. The parties do not agree that any other deadlines

25 (including the current discovery deadline for any other discovery) need to be extended.

26 **A.     Discovery Completed**

27         The parties exchanged their initial disclosures as required by Local Rule 26-1(a)(2).

28 Charter Oak served its expert disclosure on June 9, 2015. Charter Oak issued subpoenas to non-

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

parties American Leak Detection, Arroyo Engineering Consultants and James G. Johnson, PhD/Professional Loss Services. Charter Oak served its First Supplemental Disclosure Statement on August 17, 2015, which included the documents received to date in response to the aforementioned subpoenas. Charter Oak also served written discovery on Plaintiff on July 27, 2015. Responses to such written discovery are due on August 31, 2015. Charter Oak also noticed the deposition of Plaintiff's person most knowledgeable for August 31, 2015. Charter Oak filed its Motion for Summary Judgment on August 13, 2015.

**B.      Discovery Remaining**

The deposition of Plaintiff's person most knowledgeable needs to be completed. Responses to the subpoenas are still due from Arroyo Engineering Consultants and James G. Johnson, PhD/Professional Loss Services. Responses to written discovery to Plaintiff are still due. Charter Oak does not believe that any additional discovery is necessary and has already filed its Motion for Summary Judgment which is currently pending before the Court. Plaintiff reserves the right to file a motion to extend all remaining discovery deadlines to conduct additional discovery.

**C.      Reasons Why Discovery Not Completed**

The deposition of Plaintiff's person most knowledgeable which is currently set for August 31, 2015, needs to be rescheduled to a time convenient to counsel and the parties. There is insufficient time under the existing scheduling order to reschedule this deposition before the current discovery deadline of September 8, 2015. The parties request an additional 30 days to complete the deposition of Plaintiff's person most knowledge to accommodate scheduling issues including an upcoming trial in a separate matter being tried by Charter Oak's counsel.

**D.      Proposed Schedule for Completion of Discovery**

|  | Old Deadline | New Deadline |
|---|---|---|
| Amend Pleadings & Adding Parties | 6/10/15 | Passed |
| Disclosure of Experts and Reports | 6/10/15 | Passed |
| Disclosure of Rebuttal Experts and Reports | 7/11/15 | Passed |
| Interim Status Reports | 7/11/15 | Filed |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

| | | |
|---|---|---|
| Close of Discovery (except the depositions of Plaintiff's person most knowledgeable) | 9/8/15 | 9/8/15 |
| Close of Discovery (deposition of Plaintiff's person most knowledgeable) | 9/8/15 | 10/8/15 |
| Dispositive Motions | 10/8/15 | 10/8/15 |
| Joint Pre-Trial Order | 11/9/15 | 11/9/15 |

WHEREFORE, the parties respectfully request that the Court extend the discovery deadlines as outlined above.

Respectfully submitted this 28th day of August, 2015.

SNELL & WILMER L.L.P.                      LAW OFFICES OF STEVEN J. PARSONS

By: /s/ Justin S. Hepworth                 By   /s/ Joseph N. Mott
Amy M. Samberg                             Steven J. Parsons
Nevada Bar No. 10212                       Nevada Bar No. 363
Justin S. Hepworth                         Joseph N. Mott
Nevada Bar No. 10080                       Nevada Bar No. 12455
3883 Howard Hughes Parkway, Suite 1100     7201 W. Lake Mead Blvd., Suite 108
Las Vegas, NV 89169                        Las Vegas, NV 89128-8354
*Attorneys for Defendant Charter*          *Attorneys for Plaintiff*
*Fire Insurance Company*

## **ORDER**

IT IS SO ORDERED.

DATED this _22nd_ day of ~~August,~~ September 2015.

_____
U. S.  MAGISTRATE JUDGE

- 3 -