# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| L.A. PACIFIC CENTER, INC., | |
| Plaintiff, | 2:14-cv-01977-GMN-VCF |
| vs. | **ORDER** |
| THE CHARTER OAK FIRE INSURANCE COMPANY, | |
| Defendant. | |

Before the court is Defendant The Charter Oak Fire Insurance Company's Emergency Motion to Compel Discovery Responses (#33).

IT IS HEREBY ORDERED that any opposition to Defendant The Charter Oak Fire Insurance Company's Emergency Motion to Compel Discovery Responses (#33) must be filed by noon, October 30, 2015.

No reply necessary.

IT IS FURTHER ORDERED that a hearing on Defendant The Charter Oak Fire Insurance Company's Emergency Motion to Compel Discovery Responses (#33) is scheduled for 10:00 a.m., November 2, 2015, in courtroom 3D.

DATED this 27th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE