Joseph N. Mott
Nevada Bar No. 12455
LAW OFFICES OF STEVEN J. PARSONS
7201 W Lake Mead Blvd Ste 108
Las Vegas NV 89128-8354
(702) 384-9900
(702) 384-5900 (fax)
Joey@SJPlawyer.com

Attorney for Plaintiff
**L.A. PACIFIC CENTER, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **L.A. PACIFIC CENTER, INC.**, a Nevada corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>**THE CHARTER OAK FIRE INSURANCE COMPANY**, a Connecticut corporation,<br><br>          Defendant.          / | Case No. **2:14-cv-01977-(GMN)-(VCF)**<br><br>**STIPULATION AND ORDER TO DISMISS THE CASE, *WITH PREJUDICE***<br>(Fed. R Civ. P. 41) |

The parties, by their undersigned counsel of record, hereby agree and stipulate to jointly seek the Order of the Court dismissing this case, with prejudice. The parties agree to bear their own costs and attorneys' fees.

Dated: Thursday, November 12, 2015.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | SNELL & WILMER |
| /s/ Joseph N. Mott<br>JOSEPH N. MOTT<br>Nevada Bar No. 12455 | /s/ Justin Hepworth<br>JUSTIN HEPWORTH<br>Nevada Bar. No. 10080 |
| Attorney for Plaintiff<br>**L.A. PACIFIC CENTER, INC.** | Attorney for Defendant<br>**THE CHARTER OAK FIRE INS. CO.** |

**ORDER**

IT IS SO ORDERED.

Dated: November  13 , 2015.

_____
U.S. DISTRICT JUDGE

Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., Ste. 108
Las Vegas, Nevada 89128-8354
(702)384-9900; fax (702)384-5900
Joey@SJPlawyer.com

Page 1 of  1